IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DADDY STANLEY TUMOE, | * | 4:19-cv-00194 |
| Plaintiff, | * | |
| v. | * | |
| MERRICK GARLAND, U.S. Attorney General; ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; UR MENDOZA JADDOU, Director of U.S. Citizenship & Immigration Services; MICK DEDVUKAJ, District Director of U.S. Citizenship & Immigration Services; MARTA NICKOLS, Field Office Director of U.S. Citizenship & Immigration Services, | * | |
| Defendants. | * | ORDER |

Before the Court is the parties' Joint Motion to Remand. ECF No. 42. The parties seek remand of this case back to U.S. Citizenship & Immigration Services (USCIS) for further adjudication. *Id.* The Motion states the USCIS has decided to update and reconsider Plaintiff's naturalization application and has scheduled a follow-up interview for August 24, 2021, for this purpose. *Id.*

The Court concludes that, in the careful exercise of its discretion, it is appropriate to remand this matter to the USCIS for determination of the merits of Plaintiff's application for naturalization. Accordingly, this action is hereby REMANDED to the United States Citizenship and Immigration Service.

As the USCIS has already denied Plaintiff's application, the Court provides the following instructions on remand. The USCIS may determine how to best proceed on remand. Nothing

stated in this Order is intended to require the USCIS to change its earlier determination of the merits of the application.  The USCIS shall, however, determine whether reconsideration of the merits is called for and shall issue an order accordingly.  If the USCIS finds that reconsideration is appropriate, then the USCIS shall reconsider Plaintiff's application and notify the parties of the result.  Plaintiff should recognize that even if the USCIS decides to reconsider the merits of his application, the ultimate result may not change.

The parties' Joint Motion to Remand (ECF No. 42) is therefore GRANTED.

IT IS SO ORDERED.

Dated this 23rd day of August, 2021.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT